IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

FILED-CLERK
U.S. DISTRICT COURT
03 OCT -2 PM 4:01
TEXAS-EASTERN

GLENDA AMERISON

VS.                           NO. 5:03cv227

ACME BRICK, TILE AND MORE;
ACME BUILDING BRANDS AND
ACME BRICK COMPANY

### PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, GLENDA AMERISON, and files this her Original Complaint against ACME BRICK, TILE AND MORE; ACME BUILDING BRANDS AND ACME BRICK COMPANY and for cause of action respectfully shows the Court as follows:

I.

Plaintiff is a resident of Sevier County, Arkansas.

Defendant Acme Brick, Tile and More; Acme Building Brands and Acme Brick Company are entities doing business in Bowie County, Texas and may be served with process by serving its proprietors at its business address located at 1902 Piney Road, Texarkana, Texas 75501.

This Court has jurisdiction of this claim based on an amount in controversy being greater than the minimum limits of this Court.

II.

Plaintiff brings this suit to recover for personal injuries sustained due to the negligent conduct of Defendant or its agents,

servants and employees. On or about October 23rd, 2001, Plaintiff was an invitee of Defendants' store. Defendants had foreign objects laying on its walkway as Plaintiff was inspecting various samples of bricks for purchase. Plaintiff tripped and fell over these foreign objects and was severely injured.

III.

Plaintiff would show that she was an invitee and based on this status, Defendants owed a duty to use ordinary care in maintenance of its premises. Additionally, Defendants knew the condition of its premises was unreasonably dangerous and failed to correct the problem or warn of the dangerous condition. Defendants failed to use ordinary care in the following manners:

1. Failing to removed foreign objects from the walkway;
2. Failing to warn of items being on the walkway;
3. Improper training of its employees; and
4. Failing to inspect that the walkway in question was obstructed with foreign objects.

Plaintiff would show that the above acts constitute negligence and were a proximate cause of the injuries sustained by Plaintiff.

IV.

Because of the above described conduct, Plaintiff has suffered severe personal injuries which include the following:

1. Past medical expenses;
2. Medical expenses reasonably needed in the future;
3. Lost earnings in the past;

    4. Loss of earning capacity in the future;

    5. Pain and suffering; and

    6. Mental anguish.

Because of the negligence proximately causing these injuries, Plaintiff has suffered damages in an amount greatly in excess of the minimal jurisdictional limits of this Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants be cited to appear and answer herein, and upon a final trial of this cause, recover from the Defendant the following:

    1. Judgment against Defendants for actual damages;

    2. Interest on said Judgment at a legal rate;

    3. Prejudgment interest;

    4. Costs of Court;

    5. Exemplary damages; and

    6. Any other relief to which she may be entitled under equity or in law.

Respectfully submitted,

_____
Ernest L. Cochran
Texas State Bar No. 04451600

LAW OFFICE OF ERNEST COCHRAN
723 Main Street
Texarkana, Texas 75504-3226
Telephone:  903-791-0439
Facsimile:  903-792-5073

ATTORNEY FOR PLAINTIFF